IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KOMLA EDAH,**
       **Plaintiff,**

                        Case No. 2:06-cv-554

    **vs.**                      JUDGE GEORGE C. SMITH

                        Magistrate Judge Norah McCann King

**TRIDENT SEAFOODS CORP.,**
       **Defendant.**

## OPINION AND ORDER

This matter is before the Court on Plaintiff's objections to Magistrate Judge King's *Report and Recommendation* issued on January 24, 2007, wherein she recommended that *Defendant's Motion to Dismiss for Improper Venue*, be granted.  Pursuant to 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of the *Report and Recommendation* and concludes that Plaintiff's objections are without merit.

Plaintiff argues that the Magistrate Judge incorrectly interpreted *Boyd v. Grand Trunk R.R. Co.*, 338 U.S. 263, 265 (1949), and that if *Boyd* were properly interpreted and applied, the venue selection provision at issue in this case is rendered unenforceable requiring denial of *Defendant's Motion to Dismiss for Improper Venue*.  However, as Defendant correctly notes in its response to Plaintiff's objections, Magistrate Judge King concluded that *Boyd* is inapplicable to the case at bar.  This Court agrees with the Magistrate Judge's conclusion and finds her analysis correct.  Thus, for the reasons discussed in the *Report and Recommendation*, Plaintiff's objections, Doc. # 19, are **OVERRULED**.  The *Report and Recommendation*, Doc. # 18, is

hereby **ADOPTED** and **AFFIRMED**.  *Defendant's Motion to Dismiss for Improper Venue*, Doc. # 5, is **GRANTED**.

    **This action is hereby DISMISSED.**

_____                 <u>/S/ George C. Smith</u>
**DATE**                                 **GEORGE C. SMITH**
                                         **UNITED STATES DISTRICT JUDGE**